The People of the State of New York ex rel. Abraham K. Hornstein, Appellant, v. Henry Moskowitz, President, etc., and Others, Respondents.

— Order affirmed, with ten dollars costs and disbursements.' No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.